IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SHALOM SCOTT,                       )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     1:25-cv-20
                                    )
CAPTAIN INGRHAM, OFFICER            )
CHAVIS, OFFICER JONES,              )
SERGEANT JACKSON, and               )
UNIT MANAGER LOCKLEAR,              )
                                    )
          Defendants.               )
```

### ORDER

On July 2, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of August, 2025.

                                                              /s/ William L. Osteen, Jr.
                                                          United States District Judge

- 2 -

Case 1:25-cv-00020-WO-JEP   Document 4   Filed 08/06/25   Page 2 of 2